**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00180-CV**
_____

**SOUTHERN LUXURY MOTORCARS, LLC, D/B/A CRAVE LUXURY AUTO, AND ANDREW POWERS, Appellants**

**V.**

**MATTHEW STOMBERG AND SYDNEY WALSH, Appellees**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-09-10625-CV**

_____

**ORDER**

On June 23, 2021, Andrew Powers, individually and derivatively on behalf of Southern Luxury Motorcars, LLC d/b/a Crave Luxury Auto, filed a notice of accelerated appeal from orders granting special appearances of Matthew Stomberg and Sydney Walsh in Trial Cause Number 20-09-10625-CV. We have received a suggestion of bankruptcy providing notice that Southern Luxury Motorcars, LLC filed a bankruptcy petition in the United States Bankruptcy Court for the Southern

1

District of Texas as case number 21-33113. Accordingly, for administrative purposes this appeal is abated and will be treated as a closed case unless reinstated on proper motion. All appellate deadlines are suspended until further order of this Court. *See* Tex. R. App. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3. The parties shall promptly inform this Court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

ORDER ENTERED October 19, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.